# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JIMMY CRAIG,                                                                                              PLAINTIFF
ADC #128004

v.                                              NO. 4:12CV00416 JLH/BD

LYNN M. COX; and
TERRY BAILEY                                                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE