**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JIMMY CRAIG,                                                                                      PLAINTIFF
ADC #128004

v.                                              NO. 4:12CV00416 JLH/BD

LYNN M. COX; and
TERRY BAILEY                                                                                  DEFENDANTS

### <u>JUDGMENT</u>

      Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

      IT IS SO ORDERED this 13th day of July, 2012.


_____
UNITED STATES DISTRICT JUDGE